IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-cr-048-MEF |
| | ) | |
| LORETTA FERGERSON | ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. Defendant Loretta Fergerson's Objection to Report and Recommendation (Doc. #38) filed on September 26, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #35) entered on September 12, 2011 is adopted;

3. Defendant Loretta Fergerson's motion to sever (Doc. #27) is DENIED.

DONE this the 30th day of September, 2011.

                /s/ Mark E. Fuller
               UNITED STATES DISTRICT JUDGE